ACCEPTED
05-18-00520-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/5/2018 9:15 AM
LISA MATZ
CLERK

## NO. 05-18-00520-CV

### IN THE COURT OF APPEALS
### FIFTH DISTRICT OF TEXAS
### DALLAS, TEXAS
*******************************

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/5/2018 9:15:21 AM
LISA MATZ
Clerk

### BRIM V MAGEE-BRIM
*****************************

### APPEAL FROM THE 382ND JUDICIAL DISTRICT COURT
### ROCKWALL COUNTY, TEXAS
### TRIAL COURT NO. 1-16-0470
****************************

## MOTION TO DISMISS APPEAL

### TO THE HONORABLE FIFTH COURT OF APPEALS:

Appellant asks the Court to Dismiss the Appeal. Appellant asks this of the Court prior to the filing of Appellant's Brief, in order to avoid additional costs.

### A. Introduction

1. APPELLEE is Kellye Renee Magee- Brim; APPELLANT is Arthur Lloyd Brim

2. No rule provided a deadline to file this motion to dismiss. See, *Walker V. Cleer,* 174 S.W.2d 956. 059 (Tex. 1943); *Meeks V. Walker*, 783 S.W.2d 823 (Tex. App.-Fort Worth, 199, no writ).

3. Appellee has not been served with notice of this appeal.

### B. Argument and Authorities

4. The Court has the Authority to dismiss an appeal if there is no longer an issue in controversy as Appelant cares not to prosecute this appeal. See Heckman V Williamson Cty., 369 S.W. 3d 137, 154 (Tex. 2012); Tex, A & M Uni.-Kingville V Yarbrough, 347 S.W. 3d 289, 291

1

(Tex. 2011)

5. This is no reporter's record on file.

6. Appellant requests that the Court dismiss the appeal in its entirety

## C. Conclusion

Appellant Arthur Lloyd Brim requests the Court to dismiss this appeal in whole. Pursuant to TRAP 42.1

## D. Prayer

For these reasons, Appellant asks the Court to dismiss this appeal in whole.

Respectfully submitted,

By: _____
Michael E. Goodman
Texas Bar No. 24029581
P.O. BOX 398
ROCKWALL, TEXAS  75087
Tel. (972)772-4140
Fax. (972)772-5606
Attorney for Appellant

## CERTIFICATE OF SERVICE

I certify that on June 4, 2018 a true and correct copy of **MOTION TO DISMISS APPEAL** was served by efile or facsimile on the following.

_____
Michael E. Goodman

2